UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE CLEMENTS,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No. CV-07-0079-AMJ<br><br>ORDER GRANTING STIPULATION TO REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 24). The parties have filed a recent consent to proceed before a magistrate judge. (Ct. Rec. 14).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge ("ALJ") will: (1) obtain records from Plaintiff's treating mental health sources and obtain a mental status consultative examination; (2) evaluate Plaintiff's mental impairment, if any, and headaches; (3) clarify the extent to which Plaintiff is limited with regard to her ability to manage her medications; (4) consider and address the statement from lay

ORDER GRANTING STIPULATION TO REMAND - 1

witness Linda Bjork; and (5) obtain supplemental testimony from a vocational expert if warranted.  The ALJ shall take any further action necessary to render a new decision in this matter.

Accordingly, this court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties Stipulation to Remand (**Ct. Rec. 24**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

**IT IS SO ORDERED.**

DATED this  30th  day of October, 2007.

                                             *S/Cynthia Imbrogno*
                                             CYNTHIA IMBROGNO
                               UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO REMAND - 2